IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TONYA GANDY,

    Plaintiff,

VS.   NO. 04-2919-MaV

SHELBY COUNTY, ET AL.,

    Defendants.

ORDER AMENDING SCHEDULE

Pursuant to the September 15, 2005, joint motion of the parties to extend the discovery deadline and continue the trial in this matter, the court held a status conference on October 25, 2005. Attending on behalf of the plaintiff was Les Jones. Participating on behalf of the defendants were Dell Stiner, Marcy Ingram and Matthew Kirby. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing all discovery is June 30, 2006.
2. Plaintiff's expert disclosures are due May 1, 2006.
3. Defendants' expert disclosures are due June 1, 2006.
4. The deadline for filing potentially dispositive motions is August 1, 2006.
5. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on October 6, 2006.
6. A pretrial conference will be held on Friday, October

13, 2006, at 9:00 a.m.

7. The jury trial is **reset** to Monday, October 23, 2006, at 9:30.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 4th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02919 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Marcy Ingram
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

David E. Goodman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT